# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

FLORISTS' MUTUAL                          :
INSURANCE COMPANY,                        :
                                          :
     Plaintiff,                          :
                                          :
     v.                                  :          Civil Action No. 7:05-cv-50 (HL)
                                          :
DL & B ENTERPRISES, INC.,                 :
                                          :
     Defendant/Cross-Claimant,           :
                                          :
and                                       :
                                          :
LEWIS TAYLOR FARMS, INC. and              :
LTF GREENHOUSES, LLC,                     :
                                          :
     Defendants/Third-Party Plaintiffs,  :
                                          :
     v.                                  :
                                          :
SYNGENTA SEEDS, INC., and                 :
R. D. CLIFTON CO., INC. d/b/a             :
CLIFTON SEED CO. GEORGIA,                 :
                                          :
     Third-Party Defendants.             :
_____

# ORDER

Before the Court is a Motion for Leave to File An Amended Answer To the Cross-Claim

By Defendant DL & B Enterprises, Inc. (Doc. 51) filed by Lewis Taylor Farms, Inc. and LTF

Greenhouses, Inc.  This Motion is denied as moot.  To the extent that the Motion sought leave

to file a response to the original Cross-Claim filed by DL & B Enterprises, Inc. (Doc. 11), that

1

desire has been rendered moot by the subsequent filing of DL & B Enterprises, Inc.'s Amended Cross-Claim (Doc. 49) and Lewis Taylor Farms, Inc. and LTF Greenhouses, Inc.'s own Answer to the Amended Cross-Claim (Doc. 60). Not only is this the Court's belief and holding, but both parties have verbally agreed that such is the case.[1]

Therefore, from the date of entry of this Order, the Court shall consider DL & B Enterprises, Inc.'s Amended Cross-Claim (Doc. 49) and Lewis Taylor Farms, Inc. and LTF Greenhouses, Inc.'s Answer to the Amended Cross-Claim (Doc. 60) as the controlling documents in this matter when addressing the Cross-Claim and possible defenses to it. As such, the Court will disregard the original Cross-Claim filed by DL & B Enterprises, Inc. (Doc. 11), the Answer to the original Cross-Claim (Doc. 23) filed by Lewis Taylor Farms, Inc. and LTF Greenhouses, Inc., and the proposed Amended Answer To the Cross-Claim By Defendant DL & B Enterprises, Inc. (Doc. 51) filed by Lewis Taylor Farms, Inc. and LTF Greenhouses, Inc.

SO ORDERED, this the 16th day of October, 2006.

**s/    Hugh Lawson**
HUGH LAWSON, JUDGE

pdl

---

[1] The Court spoke with Gerald M. Edenfield, counsel for Lewis Taylor Farms, Inc. and LTF Greenhouses, Inc. and David S. Delugas, counsel for DL & B Enterprises, Inc. on October 11, 2006, and both men agreed with the Court and each other regarding the present matter.

2