IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **FLORISTS' MUTUAL INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:05-cv-50 (HL) |
| **DL & B ENTERPRISES, INC.,** | : | |
| Defendant/Cross-Claimant, | : | |
| and | : | |
| **LEWIS TAYLOR FARMS, INC. and LTF GREENHOUSES, LLC,** | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| v. | : | |
| **SYNGENTA SEEDS, INC., and R. D. CLIFTON CO., INC. d/b/a CLIFTON SEED CO. GEORGIA,** | : | |
| Third-Party Defendants. | : | |

# ORDER

Before the Court are four documents entitled "Objections" (Docs. 66, 68, 69, 70). Two of the documents (Docs. 66, 68) were filed by LTF Greenhouses, LLC ("LTF") and object to Syngenta Seeds, Inc.'s ("Syngenta") First Set of Interrogatories and First Request for Production, respectively. The other two documents (Docs. 69, 70) were filed by Lewis Taylor

1

Farms, Inc. ("Lewis Taylor Farms") and also object to Syngenta's First Set of Interrogatories and First Request for Production, respectively.

LTF and Lewis Taylor Farms lodge one overarching complaint in these documents as well as a number of more specific ones.[1]  Speaking broadly, LTF and Lewis Taylor Farms are upset that Syngenta has failed to adhere to the limitations set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.  Instead of submitting ten (10) requests for production and twenty-five (25) interrogatories to each party, Syngenta has submitted twenty-four (24) requests for production to Lewis Taylor Farms (Doc. 70 at Exhibit A), eighteen (18) requests for production to LTF (Doc. 68 at Exhibit A), twenty-one (21) interrogatories to Lewis Taylor Farms (Doc. 69 at Exhibit A),[2] and twenty-eight (28) interrogatories to LTF (Doc. 66 at Exhibit A).  LTF and Lewis Taylor Farms note that they have twice written counsel for Syngenta in an attempt to resolve this issue, and that Syngenta has neither proved amenable to a reduction nor moved the Court for an order expanding the number of allowable interrogatories and requests for production.  Accordingly, LTF and Lewis Taylor Farms pray for an order of the Court limiting the number of interrogatories and requests for production to the appropriate

---

[1] LTF and Lewis Taylor Farms complain that a number of individual interrogatories and requests for production are overly broad, unduly burdensome, irrelevant and not calculated to lead to discoverable evidence.  (Doc. 66 at 2, Doc. 68 at 2, Doc. 69 at 2-3, Doc. 70 at 2-3.)

[2] At first glance, Syngenta's having sent Lewis Taylor Farms only 21 interrogatories when the limit is 25 might appear acceptable.  Lewis Taylor Farms, however, points out that interrogatory No. 20 has 45 subparts, which are addressed to each of the five pepper fields at issue in this case.  (Doc. 69 at 2-3.)  This results in 225 interrogatories under one number, which is reminiscent of the first question in the final exam of the Rodney Dangerfield movie "Back To School:" "I have only one question for Mr. Melon . . . in 27 parts."

numbers as set forth by the rules.

Neither LTF nor Lewis Taylor Farms style these documents as motions, and accordingly, Syngenta has not filed a response to any of the documents. Nonetheless, based on the fact that LTF and Lewis Taylor Farms are seeking relief and "pray for an Order of the Court," the Court shall construe these documents as motions for protective orders filed pursuant to Federal Rule of Civil Procedure 26(c). At the upcoming telephone conference scheduled for Wednesday, October 18, 2006, Syngenta should be prepared to respond to LTF and Lewis Taylor Farms' Motions, and the Court anticipates the outstanding discovery disputes in this case will be resolved either by the parties, without further intervention of the Court, or by the Court during the conference.[3] Finally, the Court notes that it abhors getting involved in discovery disputes between the parties, especially those of the type that should be easily resolved without the intervention of the Court.

SO ORDERED, this the 17th day of October, 2006.

                                           **s/   Hugh Lawson**
                                           HUGH LAWSON, JUDGE

pdl

---

[3] The parties have given some indication to the Court that they may be able to resolve these outstanding discovery issues prior to the October 18, 2006 conference call. Should this indeed prove to be the case, LTF and Lewis Taylor Farms may file a Notice of resolution regarding Documents 66, 68, 69 and 70 before 10:00AM on October 18, 2006, and the call will be cancelled.