# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **FLORISTS' MUTUAL INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:05-cv-50 (HL) |
| **DL & B ENTERPRISES, INC.,** | : | |
| Defendant/Cross-Claimant, | : | |
| and | : | |
| **LEWIS TAYLOR FARMS, INC. and LTF GREENHOUSES, LLC,** | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| v. | : | |
| **SYNGENTA SEEDS, INC., and R. D. CLIFTON CO., INC. d/b/a CLIFTON SEED CO. GEORGIA,** | : | |
| Third-Party Defendants. | : | |

## ORDER

As all parties know, there are currently two related cases pending in the United States District Court for the Middle District of Georgia which have sprung from the same conflict: Florists' Mutual Insurance Company v. Lewis Taylor Farms, Inc., LTF Greenhouses, LLC, and DL & B Enterprises, Inc., and Lewis Taylor Farms, Inc., and LTF Greenhouses, LLC v.

1

Syngenta Seeds, Inc. and R. D. Clifton Company (7:05-cv-50) and Gibbs Patrick Farms Inc. v. Syngenta Seeds, Inc. and R. D. Clifton Company, Inc., d/b/a Clifton Seed Company Georgia (7:06-cv-48). The Court is of the impression that these matters could be more efficiently pursued in a joint fashion, and therefore is inclined to consolidate the cases. If any of the parties object to this proposed plan of action, they are directed to notify the court by filing an objection no later than March 12, 2007.

In the meantime, for the purpose of clarity of the record, the parties are ordered to file motions which apply to both cases on the docket for each respective case via the CM/ECF system. In a similar manner, the Court shall file the orders adjudicating such motions in each case or both, as appropriate. This dual filing system, which should only cost counsel the moments of their time necessary to click a button, will ensure that the records for each case are maintained in an orderly fashion.[1]

**SO ORDERED**, this the 1st day of March, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

pdl

---

[1] For example, Syngenta Seeds, Inc. and R. D. Clifton Company recently filed a Motion to Strike (Doc. 84) in case number 7:05-cv-50. If this Motion to Strike is only applicable to case number 7:05-cv-50, then counsel for Syngenta Seeds, Inc. and R. D. Clifton Company are done. However, should the Motion be applicable in case number 7:06-cv-48, and should said counsel wish it considered by the Court in that latter case, they should promptly file it therein. Of course, should the parties agree with the Court's proposed consolidation, such duplicate filing will soon be unnecessary.