# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **FLORISTS' MUTUAL INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:05-cv-50 (HL) |
| **DL & B ENTERPRISES, INC.,** | : | |
| Defendant/Cross-Claimant, | : | |
| and | : | |
| **LEWIS TAYLOR FARMS, INC. and LTF GREENHOUSES, LLC,** | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| v. | : | |
| **SYNGENTA SEEDS, INC., and R. D. CLIFTON CO., INC. d/b/a CLIFTON SEED CO. GEORGIA,** | : | |
| Third-Party Defendants. | : | |

# ORDER

Before the Court are a "Motion to Compel Inspection of Syngenta Seed, Inc.'s Gilroy, California Production Facility" (Doc. 90) and a "Request for Expedited Hearing on Motion to Compel Inspection of Syngenta Seed, Inc.'s Gilroy, California Production Facility" (Doc. 92) filed by Gibbs Patrick Farms, Inc. ("Gibbs Patrick Farms"), Lewis Taylor Farms, Inc. ("Lewis

1

Taylor") and LTF Greenhouses, LLC ("LTF"). Having reviewed Syngenta Seeds, Inc.'s ("Syngenta") Response (Doc. 94) and spoken with all parties in this dispute, the Court issues the following ruling.

Gibbs Patrick Farms, Lewis Taylor and LTF may conduct a videotaped inspection of Syngenta's Gilroy, California facility. During this taped inspection, limited questions shall be permitted for the purpose of explaining what is being shown. This questioning should not, however, rise to the level of a hybrid inspection/deposition, nor shall it involve any cross examination of the plant employee conducting the tour. After this inspection, a deposition may take place in accordance with Federal Rule of Civil Procedure 30(b)(6). The Court recognizes that the admissibility of this videotaped inspection, in whole or in part, may be examined at a later date. That matter shall be addressed when and if it is appropriate.

As a result of this ruling, the Motion to Compel (Doc. 90) is granted in part and denied in part, and the Motion for a Hearing (Doc. 92) is denied as moot. If the parties have any questions about this ruling, they may contact the Court.

**SO ORDERED**, this the 16th day of March, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

pdl